CLOSED, MULTI-DISTRICT, STD, TRANSFER-OUT

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CIVIL DOCKET FOR CASE #: 2:06-cv-03017-JAT

| | |
|---|---|
| Finck v. Pfizer, Inc. et al | Date Filed: 12/15/2006 |
| Assigned to: Judge James A Teilborg | Date Terminated: 06/05/2007 |
| Cause: 28:1332 Diversity-Product Liability | Jury Demand: Both |
| | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Edward Finck**      represented by **Serena C Montague**
*a single man*                                           Begam Lewis & Marks PA
                                                                    111 W Monroe St
                                                                    Ste 1400
                                                                    Phoenix, AZ 85003
                                                                    602-254-6071
                                                                    Fax: 602-252-0042
                                                                    Email: smontague@begamlaw.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Stanley J Marks**
                                                                    Begam Lewis & Marks PA
                                                                    111 W Monroe St
                                                                    Ste 1400
                                                                    Phoenix, AZ 85003-1722
                                                                    602-254-6071
                                                                    Fax: 602-252-0042
                                                                    Email: smarks@begamlaw.com
                                                                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**
*a Delaware corporation with its principal place of business in New York*

represented by **Christopher Stuart Coleman**
Perkins Coie Brown & Bain PA
PO Box 400
Phoenix, AZ 85001-0400
602-351-8000
Fax: 602-648-7022
Email: CColeman@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Ross Cabot**
Perkins Coie Brown & Bain PA
PO Box 400
Phoenix, AZ 85001-0400
602-351-8000
Fax: 602-648-7135
Email: hcabot@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**
*a Delaware corporation with its principal place of business in New Jersey*

represented by **Christopher Stuart Coleman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Howard Ross Cabot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Monsanto Company**
*a subsidiary of Pharmacia and a Delaware corporation with its principal place of business in Missouri*

represented by **Christopher Stuart Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Ross Cabot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle & Company**
*a Delaware corporation with its principal place of business in Illinois*

represented by **Christopher Stuart Coleman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Ross Cabot**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2006 | 1 | COMPLAINT, filed by Edward Finck.(Marks, Stanley) (Entered: 12/15/2006) |
| 12/15/2006 | 3 | Filing fee paid 12/15/06, receipt number PHX11368. This case has been assigned to the Honorable James A Teilborg. All future pleadings or documents should bear the correct case number: CV06-3017-PHX-JAT. Notice of Availability of Magistrate Judge to Exercise Jurisdiction form attached. (PEM) (Entered: 12/18/2006) |
| 12/16/2006 | 2 | Additional Attachments to Main Document *Civil Cover Sheet* by Plaintiff Edward Finck. (Marks, Stanley) (Entered: 12/16/2006) |
| 12/18/2006 | 4 | Summons Issued as to G.D. Searle & Company, Pfizer, Inc., Pharmacia Corporation, Monsanto Co. (Attachments: # 1 Pharmacia# 2 Monsanto Co.# 3 GD)(Entered by PEM) (Entered: 12/18/2006) |
| 12/19/2006 | 5 | STANDARD TRACK ORDER. Signed by Judge James A Teilborg on 12/19/06. (TLB ) (Entered: 12/19/2006) |
| 04/17/2007 | 6 | Minute Order (TEXT-ONLY) - On Tuesday, 5/29/07 at 11:30 AM, Counsel for Plaintiff shall appear before Judge James A. Teilborg and show cause why this case should not be dismissed for failing to serve the defendants within the time requirements of Fed. R. Civ. Pro. 4(m). This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (TLB, ) (Entered: 04/17/2007) |
| 04/17/2007 | 7 | RETURN OF SERVICE of Summons and Complaint served on Pfizer, Inc. on 4/11/2007, filed by Edward Finck. (Attachments: # 1 Affidavit Affidavit of Service on Pfizer, Inc.)(Montague, Serena) (Entered: 04/17/2007) |

| | | |
|---|---|---|
| 04/17/2007 | 8 | RETURN OF SERVICE of Summons and Complaint served on Pharmacia Corporation on 4/11/2007, filed by Edward Finck. (Attachments: # 1 Affidavit of Service on Pharmacia Corporation)(Montague, Serena) (Entered: 04/17/2007) |
| 04/17/2007 | 9 | RETURN OF SERVICE of Summons and Complaint served on Monsanto Co. on 4/12/2007, filed by Edward Finck. (Attachments: # 1 Affidavit of Service on Monsanto Co.)(Montague, Serena) (Entered: 04/17/2007) |
| 04/27/2007 | 10 | STIPULATION *for Extension of Time to Respond to Complaint* by G.D. Searle & Company, Pfizer, Inc., Pharmacia Corporation, Monsanto Company. (Attachments: # 1 Text of Proposed Order)(Coleman, Christopher) (Entered: 04/27/2007) |
| 04/30/2007 | 11 | ORDER granting 10 STIPULATION for Extension of Time to Respond to Complaint. Pfizer, Inc., G.D. Searle & Company, Pharmacia Corporation and Monsanto Company answer due 5/15/2007. IT IS FURTHER ORDERED the because this Order includes all Defendants, the show cause hearing set for 05/29/07, regarding service, is vacated. Signed by Judge James A Teilborg on 04/30/07. (DNH) (Entered: 04/30/2007) |
| 05/10/2007 | 12 | STIPULATION *for Extension of Time to Respond to Complaint (Second Request)* by G.D. Searle & Company, Pfizer, Inc., Pharmacia Corporation, Monsanto Company. (Attachments: # 1 Text of Proposed Order)(Coleman, Christopher) (Entered: 05/10/2007) |
| 05/11/2007 | 13 | ORDER granting 12 STIPULATION: G.D. Searle & Company answer due 6/5/2007; Pfizer, Inc. answer due 6/5/2007; Pharmacia Corporation answer due 6/5/2007; Monsanto Company answer due 6/5/2007. Signed by Judge James A Teilborg on 5/11/07. (JAT) |

|  |  |  |
|---|---|---|
|  |  | (Entered: 05/11/2007) |
| 06/05/2007 | 14 | CERTIFIED MDL TRANSFER ORDER Transferring case to the Northern District of California to be part of MDL 1699 (MAP) (Entered: 06/05/2007) |
| 06/05/2007 | 15 | Case transferred to Northern District of California. Transmittal letter and certified copies of transfer order and docket sheet Federal Expressed this date. (MAP) (Entered: 06/05/2007) |
| 06/05/2007 | 16 | ANSWER to Complaint with Jury Demand by G.D. Searle & Company, Pfizer, Inc., Pharmacia Corporation, Monsanto Company.(Coleman, Christopher) (Entered: 06/05/2007) |
| 06/05/2007 | 17 | Corporate Disclosure Statement by G.D. Searle & Company, Pfizer, Inc., Pharmacia Corporation, Monsanto Company. (Coleman, Christopher) (Entered: 06/05/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/08/2007 13:56:36 | | | |
| **PACER Login:** | us4077 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 2:06-cv-03017-JAT |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |