Stanley J. Marks - State Bar #001833
Serena C. Montague – State Bar #014562
BEGAM, LEWIS & MARKS, P.A.
111 West Monroe Street, Suite 1400
Phoenix, Arizona 85003-1787
(602) 254-6071

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. 07-2970 CRB<br>MDL NO. 1699<br>**District Judge: Charles R. Breyer** |
| EDWARD FINCK, a single man,<br><br>  Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>  Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, Edward Finck, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 6/24, 2009    By: _/s/ Serena C. Montague_
Stanley J. Marks
Serena C. Montague
BEGAM, LEWIS & MARKS, P.A.
111 West Monroe Street, Suite 1400
Phoenix, Arizona 85003-1787
*Attorneys for Plaintiff, Edward Finck*

1966091-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  DATED: Aug 18, 2009   By: _____
2  DLA PIPER LLP (US)
   1251 Avenue of the Americas
3  New York, NY 10020
   Telephone: (212) 335-4500
4  Facsimile: (212) 335-4501
   *Defendants' Liaison Counsel*
5
6
7  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
8
9  Dated: AUG 1 9 2009
10  _____
    Hon. Charles R. Breyer
11  United States District Court

1966092-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE